

The following constitutes the order of the court.
Signed May 8, 2013



_____
William J. Lafferty, III
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| In re ) | Case No. 09-71053 |
| ) | Adv. No. 12-4058; 11-4175 |
| Lance E. Hart, ) | Chapter 7 |
| ) | |
| Debtor. ) | |

| | |
|---|---|
| Beverly Karaeff, ) | |
|          Plaintiff. ) | |
| v. ) | |
| ) | |
| Lance E. Hart, ) | |
|          Defendant. ) | |

| | |
|---|---|
| Gary and Janette Drew, ) | |
|          Plaintiffs. ) | |
| v. ) | |
| ) | |
| Lance E. Hart, ) | |
|          Defendant. ) | |

| | |
|---|---|
| In re ) | Case No. 12-42424 |
| ) | Adv. No. 11-4175; 11-4177 |
| Debra A. Hart, ) | Chapter 7 |
| ) | |
|          Debtor. ) | |

| | |
|---|---|
| Gary and Janette Drew, ) | |
|          Plaintiffs. ) | |
| v. ) | |
| ) | |
| Debra A. Hart, ) | |

|  |  |
|---|---|
| Defendant. | ) |
|  | ) |
| Beverly Karaeff, | ) |
| Plaintiff. | ) |
| v. | ) |
|  | ) |
| Debra A. Hart, | ) |
| Defendant. | ) |

**MEMORANDUM REGARDING CONDUCT BY NON-PARTY INDIVIDUAL OBSERVING CONSOLIDATED TRIAL IN ADVERSARY PROCEEDINGS**

It has come to the Court's attention that a breach in decorum occurred following the hearing held May 7, 2013 through the actions of a non-party individual who had been observing the trial in the above-captioned adversary proceedings.

After the conclusion of the day's testimony, the Court adjourned and the Courtroom Deputy remained in the courtroom while parties prepared to exit. One individual, who is not a party in any of the above-captioned adversary proceedings, approached the area in front of the bench where the Courtroom Deputy conducts her duties. The individual looked around the Deputy's workstation, saw her computer screens, and made an inappropriate jocular comment about the performance of her duties. The Court is troubled by this behavior, which demonstrates a lack of due respect for the Court's staff.

The foregoing event will be discussed at the telephonic status conference on May 10, 2013 at 11:30AM. Counsel will be prepared to discuss their understanding of appropriate decorum.

**\*\*END OF MEMORANDUM\*\***

**Court Service List**

Steven J. Hassing
Law Offices of Steven J. Hassing
425 Calabria Court
Roseville, CA 95747

Baron J. Drexel
Law Offices of Baron J. Drexel
212 9th St. #401 Penthouse
Oakland, CA 94607